Roberta L. Steele, Regional Attorney
U.S. Equal Employment Opportunity Commission
San Francisco District Office
450 Golden Gate Ave, 5th Floor West
P.O. Box 36025
San Francisco, CA 94102

Damien Lee, Supervisory Trial Attorney
May Che, Senior Trial Attorney
U.S. Equal Employment Opportunity Commission
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA  98104
TEL: (206) 576-3011
may.che@eeoc.gov

ATTORNEYS FOR PLAINTIFF

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>CHIEF ORCHARDS ADMINISTRATIVE SERVICES, INC.<br><br>Defendant. | CIVIL ACTION NO.  CV-<br><br>COMPLAINT<br><br><br>JURY TRIAL DEMAND |

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Charging Party Kristian Gonzalez ("Gonzalez"). The Equal Employment Opportunity Commission alleges that Defendant Chief Orchards Administrative Services, Inc. subjected Gonzalez to a hostile work environment because of sex, female, which resulted in her constructive discharge. Plaintiff seeks injunctive relief and monetary relief on behalf of Gonzalez, including pecuniary damages, nonpecuniary compensatory damages, punitive damages, back pay, and prejudgment interest.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.      The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Washington.

//

EEOC v. CHIEF ORCHARDS ADMIN SVCS, INC.
COMPLAINT
Page 2 of 10

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

## PARTIES

3.    Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. § 2000e-5(f)(1).

4.    At all relevant times, Defendant has been a corporation continuously doing business in the State of Washington and has continuously had at least fifteen (15) employees.

5.    At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e-(b), (g) and (h).

## ADMINISTRATIVE PROCEDURES

6.    More than thirty (30) days prior to the institution of this lawsuit, Charging Party Gonzalez filed a charge with the EEOC alleging violations of Title VII by Defendant.

7.    On August 28, 2020, the Commission issued to Defendant a Letter of Determination as to the above charge finding reasonable cause to believe Title VII was violated and inviting Defendant to join with the Commission in informal

EEOC v. CHIEF ORCHARDS ADMIN SVCS, INC.
COMPLAINT
Page 3 of 10

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave., Suite 400
Seattle, Washington 98104
Phone (206) 220-6884
Fax (206) 220-6911
TDD (206) 220-6882

methods of conciliation to endeavor to eliminate the unlawful employment practices and to provide appropriate relief.

8.    The Commission engaged in communications with Defendant to provide Defendant the opportunity to remedy the discriminatory practices described in the letter of determination.

9.    The Commission was unable to secure from Defendant a conciliation agreement acceptable to the Commission.

10.    On March 2, 2021, the Commission issued to Defendant a Notice of Failure of Conciliation advising that the Commission was unable to secure from Defendant a conciliation agreement acceptable to the Commission.

11.    All conditions precedent to the institution of this lawsuit have been fulfilled.

<u>STATEMENT OF CLAIMS</u>

12.    From at least July 2017 until September 27, 2018, Defendant engaged in unlawful employment practices at its facilities in Yakima, Washington in violation of § 703(a) of Title VII, 42 U.S.C. § 2000e-2(a).  Defendant engaged in these unlawful practices by subjecting Gonzalez to a hostile work environment based on sex and subjecting her to constructive discharge.

**EEOC v. CHIEF ORCHARDS ADMIN SVCS, INC.**
**COMPLAINT**
Page 4 of 10

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

13.    The practices complained of in paragraph 12 include, but are not limited, to the following:

a.  Defendant's employee, a male coworker of Gonzalez, repeatedly subjected Gonzalez to unwelcome and offensive comments of a sexual nature, unwelcome touching and grabbing, and stalking behavior on a daily basis, *e.g.,* he asked what color and brand of panties she wore, he asked how expensive her panties were, he commented on her butt, he stared at her, he repeatedly attempted to grab her hand or arm, he told others that she was going to be his, and he followed her to the isolated porta-potties.

b.  Gonzalez complained more than once about the male coworker's harassment to Defendant's Crew Boss starting in July 2017, and to Defendant's Foreman about the coworker's offensive and unwelcome sexual conduct toward her in November 2017.

c.  Defendant's Crew Boss also reported up the chain to Defendant's Foreman and Defendant's General Manager about Gonzalez's repeated complaints to him about the offensive and unwelcome sexual conduct towards her by the male coworker.

d.  At all relevant times, Defendant had a complaint procedure policy which provided that workers should report complaints of

EEOC v. CHIEF ORCHARDS ADMIN SVCS, INC.
COMPLAINT
Page 5 of 10

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave., Suite 400
Seattle, Washington 98104
Phone (206) 220-6884
Fax (206) 220-6911
TDD (206) 220-6882

discrimination or harassment to their Crew Boss. The Crew Boss should report up to the Foreman or General Manager, who in turn should report up to Defendant's owner.

e.  Defendant failed to take prompt and effective remedial action to stop the male coworker's sexual harassment of Gonzalez in 2017.

f.  The male coworker's offensive sexually harassing conduct towards Gonzalez continued unabated and escalated in 2018, *e.g.*, he followed her to the porta-potties and he knocked or shook the structure when she was inside, he accused her being a prostitute when he saw her talking to another male coworker, he forcibly tried to hug her, he grabbed her and groped her in a manner that left red marks on her arms and shoulder and which she immediately reported to Defendant's Crew Boss.

g.  The male coworker's sexual harassment of Gonzalez resulted in conditions so intolerable that she was forced to resign her position on or about September 27, 2018, thereby resulting in her constructive discharge.

14.    The effect of the practices complained of in paragraphs 12-13 above has been to deprive Gonzalez of equal employment opportunities and otherwise adversely affected her status as an employee.

EEOC v. CHIEF ORCHARDS ADMIN SVCS, INC.
COMPLAINT
Page 6 of 10

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

15.    The unlawful employment practices complained of in paragraphs 12-13 above were intentional.

16.    The unlawful employment practices complained of in paragraphs 12-13 above were done with malice or with reckless indifference to the federally protected rights of Gonzalez.

<u>PRAYER FOR RELIEF</u>

Wherefore, the Commission respectfully requests that this Court:

A.    Grant a permanent injunction enjoining Defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any employment practices which discriminate based on sex, female.

B.    Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

C.    Order Defendant to make Gonzalez whole by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of Defendant's unlawful employment practices described in paragraphs 12-13 above in amounts to be determined at trial.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

D.      Order Defendant to make whole Gonzalez by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 12-13 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

E.      Order Defendant to make whole Gonzalez by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraphs 12-13 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

F.      Order Defendant to pay Gonzalez punitive damages for its malicious and reckless conduct described in paragraphs 12-13 above, in amounts to be determined at trial.

G.      Grant such further relief as the Court deems necessary and proper in the public interest.

H.      Award the Commission its costs of this action.

DATED this 28th day of SEPTEMBER 2021

BY: _/s/ Roberta L. Steele_
Roberta L. Steele
Regional Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave, 5th Floor West

GWENDOLYN YOUNG REAMS
Acting General Counsel

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of the General Counsel
131 M Street NE, 5th Floor

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

P.O. Box 36025                    Washington, D.C. 20507
San Francisco, CA 94102
Telephone (650) 684-0939
roberta.steele@eeoc.gov

BY: */s/ Damien Lee*
Damien Lee
Supervisory Trial Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA  98104-1061
Telephone (206) 576-3038
damien.lee@eeoc.gov

BY: */s/ May Che*
May Che
Senior Trial Attorney
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 576-3011
Facsimile (206) 220-6196
may.che@eeoc.gov

Attorneys for Plaintiff

**EEOC v. CHIEF ORCHARDS ADMIN SVCS, INC.**
**COMPLAINT**
Page 9 of 10

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

DATED this 28th day of September, 2021

*/s/ Rebecca Eaton*
REBECCA EATON
Paralegal Specialist
EEOC Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104-1061
Telephone: 206-576-3028
Email: rebecca.eaton@eeoc.gov

**EEOC v. CHIEF ORCHARDS ADMIN SVCS, INC.**
**COMPLAINT**
Page 10 of 10

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882