Tyler M. Hinckley  Honorable Rosanna Malouf Peterson
Montoya Hinckley PLLC
4301 Tieton Drive
Yakima, WA 98908
Attorneys for Defendant
Phone: (509) 895-7373
Fax: (509) 895-7015
tyler@montoyalegal.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>CHIEF ORCHARDS ADMINISTRATIVE SERVICES, INC.,<br><br>    Defendant. | Case No.: 1:21-CV-03125-RMP<br><br>NOTICE OF APPEARANCE |

**TO:  CLERK OF THE ABOVE-CAPTIONED COURT**

**AND TO:  ALL PARTIES AND THEIR ATTORNEYS**

Please take notice that the undersigned, Tyler M. Hinckley, of Montoya Hinckley PLLC, hereby appears as counsel for Defendant Chief Orchards Administrative Services, Inc. in the above-entitled action, and service of all further pleadings, notices, documents and other papers herein, exclusive of process, may be had upon said Defendant, by serving the undersigned at the address below stated.

NOTICE OF APPEARANCE  - 1

**MONTOYA HINCKLEY PLLC**
4301 Tieton Drive
Yakima, WA 98908
**(509) 895-7373**

DATED this 6th day of October, 2021.

s/ Tyler M. Hinckley, WSBA No. 37143
MONTOYA HINCKLEY PLLC
*Attorneys for Defendant*
4301 Tieton Drive
Yakima, Washington 98908
Telephone:  (509) 895-7373
Fax:  (509) 895-7015
Email:    tyler@montoyalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF System. The NEF for the foregoing specifically identifies recipients of electronic notice.

s/ Tyler M. Hinckley, WSBA No. 37143
MONTOYA HINCKLEY PLLC
*Attorneys for Defendant*
4301 Tieton Drive
Yakima, WA  98908
Telephone:  (509) 895-7373
Fax:  (509) 895-7015
Email:   tyler@montoyalegal.com
