Tyler M. Hinckley  
Montoya Hinckley PLLC  
4301 Tieton Drive  
Yakima, WA  98908  
Attorneys for Defendant  
Phone: (509) 895-7373  
Fax: (509) 895-7015  
tyler@montoyalegal.com  

Honorable Rosanna Malouf Peterson

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CHIEF ORCHARDS ADMINISTRATIVE SERVICES, INC.,<br><br>　　　　　　　　Defendant. | Case No.: 1:21-CV-03125-RMP<br><br>FED R. CIV. P. 7.1 DISCLOSURE OF CHIEF ORCHARDS ADMINISTRATIVE SERVICES, INC. |

COMES NOW Defendant CHIEF ORCHARDS ADMINISTRATIVE SERVICES, INC., by and through its attorney of record, Tyler M. Hinckley, of Montoya Hinckley PLLC, and, Pursuant to Fed. R. Civ. P. 7.1, states as follows:

Defendant CHIEF ORCHARDS ADMINISTRATIVE SERVICES, INC. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

FED. R. CIV. P. 7.1 DISCLOSURE OF CHIEF ORCHARDS ADMINISTRATIVE SERVICES, INC.  - 1

**MONTOYA HINCKLEY PLLC**  
4301 Tieton Drive  
Yakima, WA 98908  
**(509) 895-7373**

DATED this 6th day of October, 2021.

s/ Tyler M. Hinckley, WSBA No. 37143
MONTOYA HINCKLEY PLLC
*Attorneys for Defendant*
4301 Tieton Drive
Yakima, Washington 98908
Telephone:  (509) 895-7373
Fax:  (509) 895-7015
Email:    tyler@montoyalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF System.  The NEF for the foregoing specifically identifies recipients of electronic notice.

s/ Tyler M. Hinckley, WSBA No. 37143
MONTOYA HINCKLEY PLLC
*Attorneys for Defendant*
4301 Tieton Drive
Yakima, WA  98908
Telephone:  (509) 895-7373
Fax:  (509) 895-7015
Email:    tyler@montoyalegal.com
